IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BARRETT,

    Plaintiff,　　　　　　　　　　No. 2:08cv1830 LKK JFM PS

    vs.

THE UNITED STATES OF AMERICA, et al.,

    Defendants.　　　　　　　　　　<u>ORDER</u>

        Plaintiff, proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, signed the application to proceed in forma pauperis. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper must be signed by . . . a party personally if the party is unrepresented." <u>Id.</u> Plaintiff will be provided the opportunity to signed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a signed application to proceed in forma

/////

1

1  pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this
2  action be dismissed without prejudice.
3  DATED: August 21, 2008.

                    UNITED STATES MAGISTRATE JUDGE

/001;barrett.3c